■ In the Matter of the Arbitration between NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent, and MARK HAYDEN, Appellant, and ALLSTATE INSURANCE COMPANY, Respondent. (Appeal No. 2.) [619 NYS2d 1014] —Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Disclaimer of Liability.) Present—Balio, J. P., Lawton, Wesley, Doerr and Boehm, JJ.